COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-014-CV

WILLIAM P. LEONARD AND KIM LEONARD
 
APPELLANTS

V.

LARRY SMITH, P.E., INDIVIDUALLY AND  APPELLEE

D/B/A LARRY SMITH ENGINEERING
 
 

----------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Agreed Motion To Dismiss Without Prejudice, Appellants’ Prematurely Filed Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal without prejudice.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.  

DELIVERED:  February 12, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.